UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATASHA R. LANG,

        Plaintiff,

v.                                                            Case No. 11-CV-13248
                                                                Honorable Denise Page Hood
MICHAEL ASTRUE,
Commissioner of Social Security,

        Defendant.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date September 28, 2012, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan this 28th day of September, 2012.

                                                                                 DAVID J. WEAVER
                                                                                 CLERK OF THE COURT

                                                                                 BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2012, by electronic and/or ordinary mail.

                                  S/LaShawn R. Saulsberry
                                  Case Manager